IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAMIKA GROSS,

        Plaintiff,

v.

NASHID AKILL, et al.,

        Defendants.

CIVIL ACTION
NO. 13-3373

## ORDER

**AND NOW**, this 30th day of October 2013, upon consideration of the Complaint (Doc. No. 1), Defendants' Motion to Dismiss (Doc. No. 5), Plaintiff's Response in Opposition (Doc. No. 6), and the arguments of counsel at the hearing held on the Motion on September 20, 2013, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion is DENIED.

2. As noted in the Opinion, Plaintiff is granted leave to file an Amended Complaint by November 19, 2013.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.